**Travis Truman LOTT, Jr., Petitioner and Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 26769.**

United States Court of Appeals, Ninth Circuit.

June 23, 1971.

Travis Truman Lott, Jr., in pro. per.

Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, CARTER and WRIGHT, Circuit Judges.

**PER CURIAM:**

Lott was convicted of robbing a federal savings and loan association with a gun. He received a sentence of twenty years. On direct appeal, we affirmed the conviction, Lott v. United States, 389 F.2d 763.

Now Lott has sought relief under 28 U.S.C. § 2255, claiming his confession was improperly admitted at his trial and that another defendant on the same crime received a lighter sentence. The district court denied relief without a hearing. We affirm.

 The district court had before it a record of the trial. It is true the hearing on voluntariness of the confession was held in front of the jury. No objection was made at the time to the presence of the jury. The trial court specifically found the confession was voluntary. On the facts, there was no error under Jackson v. Denno, 378 U.S. 368, 84 S.Ct. 1774, 12 L.Ed.2d 908. 28 U.S.C. § 2254(d) ought to apply here.

The sentence was within authorized limits.

The Great Writ was not invented for this sort of claim.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Clyde CHAVERS, Defendant-Appellant.**

**No. 30998**
**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

Aug. 11, 1971.

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York

et al., 5th Cir. 1970, 431 F.2d 409, Part I.

859

John L. Scott, Jr., Amarillo, Tex. (court appointed), for defendant-appellant.

Eldon B. Mahon, U. S. Atty., W. E. Smith, William L. Johnson, Jr., Asst. U. S. Attys., Fort Worth, Tex., for plaintiff-appellee.

Before JOHN R. BROWN, Chief Judge, and INGRAHAM and RONEY, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

**Billy H. O'BARR, Plaintiff-Appellant,**

v.

**Wiley HICKMAN, Judge Of Probate, Etowah County, Alabama et al., Defendants-Appellees.**

No. 31088
Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 23, 1971.

Edward L. Hardin, Jr., Birmingham, Ala., Dave Worley, Huntsville, Ala., and Hare, Wynn, Newell & Newton, Birmingham, Ala., for plaintiff-appellant.

Dempsey Pennington, Birmingham, Ala., Roy D. McCord, Joseph L. Battle, Gadsden, Ala., James L. Shores, Jr., George H. B. Mathews, Johnston & Shores, Birmingham, Ala., for defendants-appellees; Hawkins, Rhea, Keener, Battle & Cusimano, Gadsden, Ala., of counsel.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Plaintiff, Billy H. O'Barr, brought this action under 42 U.S.C.A. § 1983, against the Probate Judge of Etowah County, Alabama, for wrongful commitment to a state mental institution. This case is controlled by the recent decision of this Court in Perkins v. United States Fidelity and Guaranty Company, 5th Cir. 1970, 433 F.2d 1303, and it is on the basis of that decision that we affirm the judgment of the court below.

Affirmed.

---

1. See N.L.R.B. v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I.